# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

148939(45)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                       SC: 148939
                                       COA: 313562

MICHAEL ALLEN COOPER,
       Defendant-Appellant.

                                        Oakland CC: 2012-239744-FC

_____/

       On order of the Court, the motion for reconsideration of this Court's October 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2016



                                   Clerk

a0125